

# Fourth Court of Appeals
## San Antonio, Texas

November 19, 2021

No. 04-21-00451-CV

Kody **KOTHMANN**, as Trustee of the Kody Kothmann 1992 Irrevocable Trust,
Appellant

v.

Carl **MENZIES** and Steve Menzies, as Trustee of the Perry P. Menzies and Mary Louise
Menzies Living Trust,
Appellees

From the 452nd District Court, Menard County, Texas
Trial Court No. 2020-05655
Honorable Robert Hoffman, Judge Presiding

# O R D E R

On November 9, 2021, we advised Appellant that the complained of order did not appear to be a final order, and we ordered Appellant to show cause why we have jurisdiction in this appeal.

Appellant's timely response acknowledged that the order was not final, moved to dismiss the appeal, or in the alternative, asked for additional time for the district court to sign a final judgment.

Appellant's motion for alternative relief is GRANTED. We ABATE this appeal until December 10, 2021. If no final judgment has been filed in this court by December 10, 2021, we will dismiss this appeal without further notice.

All other appellate deadlines are SUSPENDED pending further order of this court.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of November, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court